ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
SANDRA GIL QUINONES,

                    Plaintiff,
                                            24 Civ. 1631 (LLS)

         - against -
                                                  ORDER

MCDONALD'S REAL ESTATE COMPANY,
MCDONALD'S CORPORATION, and
MCDONALD'S USA, L.L.C.,

                    Defendants.
- - - - - - - - - - - - - - - - - -X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/24

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

Dated:  New York, New York
        December 10, 2024

                                     _____
                                         Louis L. Stanton
                                         LOUIS L. STANTON
                                            U.S.D.J.